

ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SAMANTHA SCHOTT (NYBN 5132063)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   samantha.schott@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-70063 MAG |
| Plaintiff, | |
| v. | **MOTION TO UNSEAL AND [PROPOSED] ORDER** |
| MEUY KUN SAELIOW, | |
| Defendant. | |

The government moves to unseal the above-captioned case.

DATED: January 24, 2018                Respectfully Submitted,

                                                ALEX G. TSE
                                                Acting United States Attorney

                                                _____
                                                SAMANTHA SCHOTT
                                                Special Assistant United States Attorney

### [PROPOSED] ORDER

The Court orders this matter unsealed.

IT IS SO ORDERED.

DATED: January 24, 2018

_____
HON. DONNA M. RYU
United States Magistrate Judge